SO ORDERED,



*Judge Selene D. Maddox*
United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Tyler Andrew Whitley, Debtor      Case No. 25-12712-SDM
                                                                       Chapter 13

### ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on 08/21/2025 and amended/modified by subsequent order(s) of the court, if any. The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:
1. The debtor's chapter 13 plan attached hereto is confirmed.
2. The following motions are granted *(if any)*:
   a. Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims made under Rule 3012 (§ 3.2 of the plan);
   b. Motion to avoid lien pursuant to Section 522 (§ 3.4 of the plan).
3. The stay under Section 362(a) is terminated as to the collateral only and the stay under Section 1301 is terminated in all respects regarding collateral listed in Section 3.5 of the plan *(if any)*.
4. All property shall remain property of the estate and shall vest in the debtor only upon entry of discharge. The debtor shall be responsible for the preservation and protection of all property of the estate not transferred to the trustee.
5. The debtor's attorney is awarded a fee in the amount of $4,600.00 of which $4,328.00 is due and payable from the estate.

##END OF ORDER##

Approved:
**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr. (MSBN 103469) Attorney for the Debtor

Submitted by:
Todd S. Johns, Ch. 13 Trustee
P.O. Box 1326
Brandon, MS 39043-1326
(601) 825-7663

**Fill in this information to identify your case:**

Debtor 1: **Tyler Andrew Whitley**
Full Name (First, Middle, Last)

Debtor 2
(Spouse, if filing)    Full Name (First, Middle, Last)

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF MISSISSIPPI**

Case number:
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance           12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of __60__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

$511.00

Debtor shall pay ~~$490.46~~ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

Regions
P.O. Box 11007
Birmingham AL 35288-0000

Debtor **Tyler Andrew Whitley** Case number _____

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

_____

### 2.3 Income tax returns/refunds.

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

### 2.4 Additional payments.
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3: Treatment of Secured Claims

**3.1** Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2** Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one..*

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
*The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.*

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Nissan Motor Acceptanc | *14,411.56* ~~$24,644.00~~ | 2023 Nissan Altima 52000 miles | $25,913.00 | *24,411.56* ~~$24,644.00~~ | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

Debtor    **Tyler Andrew Whitley**                                    Case number

For vehicles identified in § 3.2: The current mileage is

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑    None. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑    None. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
☑    None. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

☑ No look fee: __4,600.00__

    Total attorney fee charged:         $4,600.00

    Attorney fee previously paid:       $272.00

    Attorney fee to be paid in plan per
    confirmation order:                 $4,328.00

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑    None. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5    Domestic support obligations.**

☑    None. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐    The sum of $
☑    __100.00__ % of the total amount of these claims, an estimated payment of $__23,986.40__

Mississippi Chapter 13 Plan                                                Page 3

Debtor  **Tyler Andrew Whitley**                                        Case number _____

- [x] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately **$7,080.12**. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2   Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

- [ ] None. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*
- [x] The nonpriority unsecured allowed claims listed below are separately classified and will be treated as follows:

| Name of Creditor | Basis for separate classification and treatment | Approximate amount owed | Proposed treatment |
|---|---|---|---|
| Aidvantage | Student Loan - non-dischargeable, long-term debt. | $71,872.00 | Debtor to pay direct pursuant to contract in place with student loan provider. |
| Mohela | Student Loan - non-dischargeable, long-term debt. | $90,275.00 | Debtor to pay direct pursuant to contract in place with student loan provider. |

*Insert additional claims as needed.*

### Part 6:  Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

- [x] None. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7:  Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon entry of discharge.

### Part 8:  Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions
- [x] None. *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

### Part 9:  Signatures:

**9.1   Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Tyler Andrew Whitley**                                X  _____
   **Tyler Andrew Whitley**                                      Signature of Debtor 2
   Signature of Debtor 1

Executed on  **August 21, 2025**                               Executed on  _____

**298 McCully Rd**                                             _____
Address                                                        Address
**Columbus MS 39702-0000**                                     _____
City, State, and Zip Code                                      City, State, and Zip Code

_____                                 _____
Telephone Number                                               Telephone Number

| Debtor | Tyler Andrew Whitley | | Case number | |
|---|---|---|---|---|

X  /s/ Thomas C. Rollins, Jr.                           Date  **August 21, 2025**
   **Thomas C. Rollins, Jr. 103469**
   Signature of Attorney for Debtor(s)
   **P.O. Box 13767**
   **Jackson, MS 39236**
   Address, City, State, and Zip Code
   **601-500-5533**                                     **103469 MS**
   Telephone Number                                     MS Bar Number
   **trollins@therollinsfirm.com**
   Email Address

United States Bankruptcy Court

Northern District of Mississippi

In re:  Case No. 25-12712-SDM
Tyler Andrew Whitley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 | User: autodocke | Page 1 of 3
Date Rcvd: Oct 08, 2025 | Form ID: pdf0004 | Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyler Andrew Whitley, PO Box 2173, Columbus, MS 39704-2173 |
| 4582615 | ++++ | ALLEGRO CLINIC, 3600 BLUECUTT RD STE 101, COLUMBUS MS 39705-1397 address filed with court:, Allegro Clinic, 3600 Bluecutt Rd, Ste 1, Columbus, MS 39705 |
| 4582619 | + | Christina Whitley, 298 McCully Rd, Columbus, MS 39702-9437 |
| 4582625 | + | James Horton, 298 McCully Rd, Columbus, MS 39702-9437 |
| 4582630 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 4582634 | | Speedy Cash, 2313 E Trinity Mills, Carrollton, TX 75006 |
| 4582639 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4582611 | + | Email/Text: bankruptcy@af247.com | Oct 08 2025 23:24:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 4582612 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 08 2025 23:27:03 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 4582613 | ^ | MEBN | Oct 08 2025 23:19:23 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 4582614 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 08 2025 23:27:02 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 4582616 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 08 2025 23:23:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 4582617 | + | Email/Text: jcissell@bankofmissouri.com | Oct 08 2025 23:23:00 | Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 4582620 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 08 2025 23:23:00 | Citizens Bank, One Citizens Plaza, Providence, RI 02903 |
| 4582622 | | Email/Text: cfcbackoffice@contfinco.com | Oct 08 2025 23:23:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 4582618 | ^ | MEBN | Oct 08 2025 23:20:00 | Cash America Today, 1338 S Foothill Dr, #195, Salt Lake Cit, UT 84108-2321 |
| 4582621 | + | Email/Text: mcowart@columbusortho.com | Oct 08 2025 23:23:00 | Columbus Orthopaedic C, 670 Leigh Dr, Columbus, MS 39705-3014 |
| 4582623 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2025 23:27:02 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

Case 25-12712-SDM   Doc 10   Filed 10/10/25   Entered 10/10/25 23:34:58   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0537-1 | User: autodocke | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: pdf0004 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4582624 | + | Email/Text: support@paywithfour.com | Oct 08 2025 23:24:00 | Four, 20807 Biscayne Blvd, Aventura, FL 33180-1406 |
| 4600156 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2025 23:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4593927 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2025 23:24:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 4582626 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2025 23:24:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 4582627 | | Email/Text: customerservice.us@klarna.com | Oct 08 2025 23:23:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 4583759 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 23:27:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4582628 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 23:27:09 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 4582629 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 23:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4582631 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 08 2025 23:23:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 4598246 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 08 2025 23:23:00 | Nissan Motor Acceptance Corp., c/o Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4582632 | | Email/Text: bankruptcy@possiblefinance.com | Oct 08 2025 23:23:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 4585477 | + | Email/Text: bkinfo@ccfi.com | Oct 08 2025 23:23:00 | SCIL Inc, 15 Bull St Ste 200, Savannah, GA 31401-2686 |
| 4582633 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 08 2025 23:23:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 4582635 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 23:27:02 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4582636 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 23:26:55 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4582638 | | Email/Text: bankruptcy@withuloans.com | Oct 08 2025 23:23:00 | With U Loans, 10600 S Pennsylvaia Av, Ste 16 #828, Oklahoma City, OK 73170-4257 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4582637 | ##+ | Venmo, 6100 S Old Village Pl, Sioux Falls, SD 57108-2105 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0537-1 | User: autodocke | Page 3 of 3
Date Rcvd: Oct 08, 2025 | Form ID: pdf0004 | Total Noticed: 34

Date: Oct 10, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Tyler Andrew Whitley trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3