B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF MS

In Re:  
TYLER ANDREW WHITLEY

Case No. 2512712

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

The Bank of Missouri  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 9  
Amount of Claim: $491.25  
Date Claim Filed: 10/15/2025

Phone: (877)829-8298  
Last Four Digits of Acct # : 7513

Phone:  
Last Four Digits of Acct #: 7513

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
THE BANK OF MISSOURI  
916 NORTH KINGSHIGHWAY  
PERRYVILLE MO 63775

Phone: (877)829-8298  
Last Four Digits of Acct # : 7513

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Carol E. Hardy  
-------------------------------------------  
Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 11/14/2025

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT II**

**BILL OF SALE**

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow - Chapter 13 Account Purchase Agreement (the "Agreement") dated April 21, 2021 by and between The Bank of Missouri ("Seller") and Portfolio Recovery Associates, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Lot Number: ███

Aggregate Unpaid Balance: ███

Number of Accounts: ███

DATED: October 24, 2025

SELLER: The Bank of Missouri

By: *Mark Barker* (Oct 24, 2025 14:59:28 CDT)

Name (print): **Mark Barker**

Title: **Chief Contract Services Officer**

National Loan Exchange, Inc. (NLEX)