CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Tyler Andrew Whitley ) Case No.: 25−12712−SDM
      Debtor(s) ) Chapter: 13
) Judge: Selene D. Maddox
)
)

    PLEASE TAKE NOTICE that a hearing will be held at

    Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

    on 5/14/26 at 10:30 AM

    Responses Due: 4/13/26

    to consider and act upon the following:

    *13* – Motion To Suspend Plan Payments Filed by Thomas C. Rollins Jr. on behalf of Tyler Andrew Whitley. (Rollins, Thomas)

    Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

    A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 3/16/26

                        Shallanda J. Clay
                        Clerk, U.S. Bankruptcy Court

                        BY: MDH
                        Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Tyler Andrew Whitley, Debtor                     Case No. 25-12712-SDM
                                                          CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor's non-filing spouse has been out of work but has secured a new job to begin soon.
3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of April and May 2026.
4. Debtor wishes to resume making plan payments beginning in June 2026.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                                         /s/ Thomas C. Rollins, Jr.
                                                         Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-12712-SDM |
|---|---|
| TYLER ANDREW WHITLEY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/16/2026, I did cause a copy of the following documents, described below,

Hearing Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>TYLER ANDREW WHITLEY | CASE NO: 25-12712-SDM<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/16/2026, a copy of the following documents, described below,

Hearing Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/16/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 25-12712-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON MAR 16 10-46-01 CDT 2026

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE TN 37204-2351

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO CA 94108-4509

AIDVANTAGE
ATTN BANKRUPTCY
PO BOX 300001
GREENVILLE TX 75403-3001

AIDVANTAGE ON BEHALF OF
DEPT OF EDUCATION
PO BOX 300001
GREENVILLE TX 75403-3001

ALLEGRO CLINIC
3600 BLUECUTT RD STE 101
COLUMBUS MS 39705-1397

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

BANK OF MISSOURI
216 W 2ND ST
DIXON MO 65459-8048

CASH AMERICA TODAY
1338 S FOOTHILL DR
195
SALT LAKE CIT UT 84108-2321

CHRISTINA WHITLEY
298 MCCULLY RD
COLUMBUS MS 39702-9437

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

COLUMBUS ORTHOPAEDIC C
670 LEIGH DR
COLUMBUS MS 39705-3014

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

FOUR
20807 BISCAYNE BLVD
AVENTURA FL 33180-1406

FRIGG FINANCE LLC
CO WATSON LAW GROUP PLLC
PO BOX 121950
NASHVILLE TN 37212-1950

JAMES HORTON
298 MCCULLY RD
COLUMBUS MS 39702-9437

~~EXCLUDE~~

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

~~TODD S JOHNS~~
~~TODD S JOHNS CHAPTER 13 TRUSTEE~~
~~PO BOX 1326~~
~~BRANDON MS 39043-1326~~

(P)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

MOHELA
ATTN BANKRUPTCY
POBOX 9635
WILKES BARR PA 18773-9635

| | | |
|---|---|---|
| NISSAN MOTOR ACCEPTANC<br>POB 660366<br>DALLAS TX 75266-0366 | NISSAN MOTOR ACCEPTANCE CORP<br>CO NISSAN MOTOR ACCEPTANCE COMPANY LLC<br>FKA NISSAN MOTOR ACCEPTANCE CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (P)POSSIBLE FINANCIAL INC<br>LEEZA PARADES<br>PO BOX 98686<br>LAS VEGAS NV 89193-8686 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ~~EXCLUDE~~<br>~~THOMAS C ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |
| SCIL INC<br>15 BULL ST STE 200<br>SAVANNAH GA 31401-2686 | (P)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | SPEEDY CASH<br>2313 E TRINITY MILLS<br>CARROLLTON TX 75006 |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | THE BANK OF MISSOURI DBA FORTIVA<br>PO BOX 105555<br>ATLANTA GA 30348-5555 |
| ~~EXCLUDE~~<br>~~U S TRUSTEE~~<br>~~501 EAST COURT STREET SUITE 6430~~<br>~~JACKSON MS 39201-5022~~ | VENMO<br>6100 S OLD VILLAGE PL<br>SIOUX FALLS SD 57108-2105 | (P)GLEN WATSON<br>ATTN WATSON LAW GROUP PLLC<br>PO BOX 121950<br>NASHVILLE TN 37212-1950 |
| DEBTOR<br>TYLER ANDREW WHITLEY<br>PO BOX 2173<br>COLUMBUS MS 39704-2173 | (P)W6LS INC<br>ATTN WITHU LOANS<br>10600 S PENNSYLVANIA AVE STE 16 828<br>OKLAHOMA CITY OK 73170-4257 | ZIP INC<br>PMB 59872<br>NEW YORK NY 10003-1502 |