---

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 13 CASE NO.:
TYLER ANDREW WHITLEY
25-12712-SDM

ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND
DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to  REGIONS BANK

should be released.

IT IS, THEREFORE, ORDERED, that the Debtor's employer,  REGIONS BANK, ATTN: PAYROLL, PO

BOX 11007, , BIRMINGHAM, AL  35288,  is hereby directed to cease deductions from the Debtor's wages and

remit any funds presently held to the Chapter 13 Trustee at  Todd S. Johns , Chapter 13 Trustee,  P. O. Box

1985 , Memphis , TN,  381011985.

##END OF ORDER##

REGIONS BANK
ATTN: PAYROLL
PO BOX 11007
BIRMINGHAM, AL 35288

SUBMITTED BY:
/s/Todd S. Johns, Standing Chapter 13 Trustee
MSB# 9587
P. O. Box 1326, BRANDON, MS 390431326
601-825-7663; trustee.johns@ch13mstrustee.com